**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Gary Martin BANTA, Defendant—**
**Appellant.**

No. 02–50382.

D.C. No. CR–01–00691–NM–1.

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided July 24, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM**

Gary Martin Banta appeals the revocation of his supervised release, as well as the four-month sentence and subsequent 55–month term of supervised release imposed upon the revocation.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Banta has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Banta has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.